IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02558

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DOSSIE L. HOWARD,

    Applicant,

v.

DENVER DIST. COURT, RM. 20,

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official.</u>)

(4) \_\_\_ is missing required financial information
(5) \_\_\_ is missing an original signature by the prisoner
(6) \_\_\_ is not on proper form (must use the court's current form)
(7) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_\_ other _____

**Complaint, Petition or Application:**
(10) \_\_\_ is not submitted
(11) \_\_\_ is not on proper form (must use the court's current form)
(12) \_\_\_ is missing an original signature by the prisoner
(13) \_\_\_ is missing page nos. \_\_\_
(14) \_\_\_ uses et al. instead of listing all parties in caption
(15) \_\_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_\_ names in caption do not match names in text
(18) \_\_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 14th day of December, 2006.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-02558

Dossie Howard
Prisoner No. 51511
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  12-22-06

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk